Shawn Winrich
United States of America

IN PRO PER

DOC NO
REC'D/FILED
2016 FEB 17 AM 10: 32
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

COURT OF DANE COUNTY
UNITED STATES WESTERN DISTRICT OF WISCONSIN
REPUBLIC OF: Wisconsin

CIVIL ACTION

STATE OF WISCONSIN—A Fictitious

Foreign Corporation

        Plaintiff

vs.

Shawn Winrich
Defendant In Error
Non-corporate entity

vs.

COLIN ZEUMER: JENNIFER BECKETT: TOM RAHMER:
MATT KRUEGER: CHAD HENDEE: BERNARD N BULT
DAWN M WILCOX: DANIEL PULSFUS
VYTAS P SALNAS
VILLAGE OF ENDEAVOR PD—A Fictitious Foreign Corporation
WISCONSIN STATE PATROL—A Fictitious Foreign Corporation

Defendant

Case No. **3:16-cv-00064-wmc**

Notice of Intent to Appeal

Notice of Acceptance of Oath

### Notice of Intent to Appeal

As the Defendant in Error, I as a real man, Citizen of the Republic of Wisconsin,

Citizen of the Republic of the United States of America, a child of God, and one of

the people, in propria persona, Dane County Register of Deeds **DOC #5102051** Do Hereby
Notice of Intent to Appeal

the Remand of matter 3:16-cv-00064-wmc by Judge William M. Conley

### Notice of Acceptance of Constitutions and Oath of Office

This real competent living man do hereby choose to voluntarily honor your offer, as a man\woman
William M Conley, and accept the constitutions of the United States of America and the/The State of

Wisconsin and the mandated Oath of Office if exists as found and recorded in the official public records of Wisconsin.

I reasonably require that in all of your actions as a Public Servant, as in any way it pertains to Me, you will faithfully perform all of your promises and stay in honor within the limitations of your ascribed constitutions, in your competency you will not create and proceed with any ex parte proceedings, unsubstantiated, unwarranted or unstated presumptions, quasi contracts or quasi in rem action, you will seek only the true facts and clearly tell the truth, completely and unreserved at all times and unconditionally respect and protect My secured rights of life, personal liberty, private property and all rights antecedent thereto and therefrom at all times. Violations will be secured and may billed to your bond, liens on your real private property or private funds according to my Fee schedule, or a juries instructions if a jury trial is used. As well as incurring appropriate charges and judgments as a result of statutory or federal violations.

This Notice is made in good faith and explicitly without recourse and now constitutes a binding contract and any deviation therefrom must be and will be treated as a breach of Contract, a violation of substantive Due Process, breach of public trust and breach of fiduciary duty. Notice to Principle is notice to agents, Notice to Agents is notice to Principle

This electronic Notice serves as legal and lawful notice serving as evidence and a verifiable lawful record.

United States Code, 28, Title 1746
See Dickerson vs. Wainwright,
626 F.2d Title 1184,
Held Notice sworn true and correct under penalty of perjury has full force of law and does not have to be verified by Notary Public to have same effect.
Under penalty of perjury I declare that the foregoing facts within this document/declaration/Notice are true, correct and complete to the best of my knowledge.

_____ (Seal)_Dane County Register of Deeds **DOC #5102051**
with All Rights Reserved Date: 2/5/2016

_____ (Seal)

In Propria Persona

Dane County Register of Deeds **DOC #5102051** with All Rights Reserved

DATED: February 5, 2016